**Nathan SPENCER, Plaintiff–Appellant,**

v.

**MORRIS; et al., Defendants–Appellees.**

No. 09–55583.

United States Court of Appeals, Ninth Circuit.

Submitted June 29, 2010.*

Filed July 22, 2010.

Nathan Spencer, Corcoran, CA, pro se.

Attorney General for the State of California, Esquire, Susan E. Coleman, Es-

quire, Sylvie Snyder, Esquire, Deputy Assistant Attorney General, AGCA—Office of the California Attorney General, San Diego, CA, for Defendants–Appellees.

Before: ALARCÓN, LEAVY, and GRABER, Circuit Judges.

MEMORANDUM **

Nathan Spencer, a California state prisoner, appeals pro se from the district court's judgment dismissing his 42 U.S.C. § 1983 action for failure to exhaust administrative remedies under the Prison Litigation Reform Act, 42 U.S.C. § 1997e(a). We have jurisdiction under 28 U.S.C. § 1291. We review de novo the district court's dismissal for failure to exhaust, and for clear error its factual determinations, *Wyatt v. Terhune,* 315 F.3d 1108, 1117 (9th Cir.2003), and we affirm.

The district court properly dismissed the action because Spencer failed to exhaust administrative remedies prior to filing suit. *See Woodford v. Ngo,* 548 U.S. 81, 93–95, 126 S.Ct. 2378, 165 L.Ed.2d 368 (2006) (holding that "proper exhaustion" under section 1997e(a) is mandatory and requires adherence to administrative procedural rules); *see also McKinney v. Carey,* 311 F.3d 1198, 1199 (9th Cir.2002) (per curiam) (inmates are required to exhaust administrative remedies prior to filing suit in federal court).

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Spencer's remaining contentions are unpersuasive.

**AFFIRMED.**

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.